DLM

Sergey Sadovoi
Wyatt Detention Facility
950 High Street
Central Falls, RI. 02863

CA 07 101S

March 16, 2007

Office of the Clerk
United States District Court
District of Rhode Island
One Exchange Terrace
Providence, RI. 02903

RE: USA. v. SERGEY SADOVOI- ALIEN No. 075995154

TO WHOM IT MAY CONCERN OR A US. DISTRICT COURT

I was arrested the West Springfield Police Department in Massachusetts. I was supposed to be release on bail. However, INS lodged a detention order on me the same date I was arrested. Since then, I've been incarcerated without a date to be deported or a date for any other judicial procedure.

I came to United States on legal Visa. Afterward I applied for political asylum. I couldn't go to Court for my asylum hearing. Therefore, I was ordered deported in April 17 2001. And detained for 21 months from July 4, 2001 to April 4th 2003 I was released due to the fact that Russia Wouldn't take deportee and a $ 3,000.00 dollar bail.

I am hereby respectfully requesting to be provided with legal representation I need the court appoint me a Lawyer in order to proceed with my case. I believe it my constitutional rights.
I appreciate your assistance in this matter.

Respectfully Submitted

Sadovoi Sergey

Sergey Sadovoi/Defendant