UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Sergey Sadovoi

vs. C.A. No. 07-101S

Bureau of Immigration and
Customs Enforcement

ORDER

The Government is hereby ordered to file its response to the plaintiff's ""Petition under 28 USC 2241 for Writ of Habeas Corpus by a Person in Federal Custody. Said response will be filed on or before **April 11, 2007.**

By Order,

Deputy Clerk

ENTER:

William E. Smith
U.S. District Judge

Date: 3/22/07