UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SERGEY SADOVOI,<br>Petitioner,<br><br>v.<br><br>BUREAU OF IMMIGRATION AND CUSTOMS ENFORCEMENT,<br>Respondent. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CA 07-101 S |

**ORDER**

On March 21, 2007, the Court received a document from Petitioner Sergey Sadovoi ("Petitioner"), a prisoner at the Wyatt Detention Facility in Central Falls, Rhode Island, which the Court treats as a Petition under 28 U.S.C. § 2241 for Writ of Habeas Corpus by a Person in Federal Custody ("Petition"). Petitioner states that he is currently incarcerated without a date to be deported or a date for any other judicial procedure. Petition at 1. The Government has been ordered to file its response to the Petition on or before April 11, 2007. See Order dated 3/22/07.

Petitioner has requested that the Court appoint counsel for him so that he may proceed with his case. See Petition at 1. Petitioner's request, which the Court treats as a Motion for Appointment of Counsel, has been referred to this Magistrate Judge for determination.

Petitioner is directed to complete the enclosed financial affidavit and return it to the Court on or before April 17, 2007. The Court will address Petitioner's Motion for Appointment of Counsel once it has received the financial affidavit and the Government's response to the Petition.

So ordered.

ENTER:

DAVID L. MARTIN
United States Magistrate Judge
April 3, 2007

BY ORDER:

Deputy Clerk