DECLARATION OF DEPORTATION OFFICER LINDA TRINKS

Pursuant to the authority of 28 U.S.C. § 1746, I, LINDA TRINKS, a Deportation Officer at the Hartford, Connecticut, office of the United States Department of Homeland Security, Immigration and Customs Enforcement ("ICE"), declare as follows:

1. I am a Deportation Officer at the Hartford, Connecticut, office of the United States Department of Homeland Security, Immigration and Customs Enforcement ("ICE").

2. Included in my official duties as a Deportation Officer is the responsibility for supervising and monitoring the execution of orders of removal and deportation and the scheduling of such removals.

3. As an ICE Deportation Officer in Hartford, I am familiar with the day-to-day mechanisms of scheduling execution of removal orders and of the process of obtaining the necessary clearances and authorizations for removal (i.e., the "travel documents") from the foreign governments to which removal has been ordered.

4. I have examined the ICE detention history of Sergey Sadovoi, Administrative File No. A75 995 154.

5. Upon review of the records available to me as a Deportation Officer for ICE, I declare that Sergey Sadovoi has most recently been continuously in ICE custody since

February 21, 2007, as a result of his violation of the previous terms of his earlier release from custody.

6. Mr. Sadovoi had been previously released from ICE custody upon an order of supervision with a $3,000 bond since April 4, 2003. On March 13, 2006 we received information from Springfield Court that subject was arrested for assault with a firearm with intent to rob and threatened murder. Pursuant to an ICE detainer, Mr. Sadovoi came back into ICE custody on February 21, 2007.

7. ICE requested a travel document from the Consulate of Russia on February 28, 2007. On March 29, 2007, additional forms were completed by Mr. Sadovoi for the Russian Consulate in the continuing effort by ICE to effect Mr. Sadovoi's removal from the United States. At present no date has been set for Sadovoi's removal from the United States.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: April 5, 2007

Date

Signature

Linda Trinks
Deportation Officer
U.S. Dept. Homeland Security
Bureau of Immigration & Customs Enforcement
Boston, Massachusetts