UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SERGEY SADOVOI,<br>Petitioner,<br><br>v.<br><br>BUREAU OF IMMIGRATION AND<br>CUSTOMS ENFORCEMENT,<br>Respondent. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CA 07-101 S |

**ORDER**
**DENYING WITHOUT PREJUDICE**
**REQUEST FOR APPOINTMENT OF COUNSEL**

Before the Court is the request of Petitioner Sergey Sadovoi ("Petitioner"), a prisoner at the Wyatt Detention Facility in Central Falls, Rhode Island, for the appointment of counsel. In light of the information contained in the Memorandum in Support of Respondent's Motion to Dismiss ("Respondent's Mem."), especially that "[P]etitioner's recent detention pending execution of his final order of removal has been only since February 21, 2007, well within the presumptively lawful six-month detention limit allowed by the Supreme Court in Zadvydas v. Davis, et al., 121 S.Ct. 2491, 2505 (2001)(recognizing six months as a presumptively reasonable period of post-final order detention within which to allow the government to accomplish an alien's removal)," Respondent's Mem. at 1, the request for appointment of counsel is DENIED without prejudice. If Petitioner is not removed from the United States by August 21, 2007, he may renew his request for the appointment of counsel.

So ordered.

ENTER:

/s/ David L. Martin
DAVID L. MARTIN
United States Magistrate Judge
April 19, 2007