UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

SERGEY SADOVOI, :
Petitioner, :
:
v. : CA 07-101 S
:
BUREAU OF IMMIGRATION AND :
CUSTOMS ENFORCEMENT, :
Respondent. :

**NOTICE AND ORDER**

Before the Court is the Motion to Dismiss (Document ("Doc.") #6) filed by Respondent Bureau of Immigration and Customs Enforcement ("Respondent" or "ICE"). Respondent seeks dismissal of the Petition under 28 U.S.C. § 2241 for Writ of Habeas Corpus by a Person in Federal Custody[1] (Doc. #1) ("Petition") filed by Petitioner Sergey Sadovoi ("Petitioner"), a prisoner at the Wyatt Detention Facility in Central Falls, Rhode Island. The Court will conduct a hearing on the Motion to Dismiss on **Thursday, June 7, 2007, at 10:00 a.m.**

Prior to that hearing, Respondent shall submit a supplemental memorandum and/or affidavit which contains the following information: (1) the disposition of Petitioner's Massachusetts charge of "assault with a firearm with intent to rob and threatened murder," Memorandum in Support of Respondent's Motion to Dismiss, Attachment A (Declaration of Deportation Officer Linda Trinks) at 2; (2) the period (inclusive dates) during which Petitioner was detained by the Commonwealth of Massachusetts on that charge; and (3) clarification as to why Respondent believes it will be able to obtain travel documents

[1] The Court treats the document filed by Petitioner on March 21, 2007, as a Petition under 28 U.S.C. § 2241 for Writ of Habeas Corpus by a Person in Federal Custody (Doc. #1) ("Petition").

and effectuate Petitioner's removal now, where it was unable to do so despite detaining him for twenty-one months previously. Such supplemental memorandum and/or affidavit shall be filed **on or before Tuesday, May 29, 2007.**

Petitioner shall be afforded the opportunity to file a response to the Motion to Dismiss and/or counter-affidavit if he so chooses. Such response and/or counter-affidavit shall be filed **on or before Tuesday, June 5, 2007.**

Because matters outside the pleadings will be considered, the Court hereby notifies the parties that, pursuant to Federal Rule of Civil Procedure 12(b), the Motion to Dismiss will be treated as a Motion for Summary Judgment. See Fed. R. Civ. P. 12(b) ("If, on a motion asserting the defense numbered (6) to dismiss for failure of the pleading to state a claim upon which relief can be granted, matters outside the pleading are presented to and not excluded by the court, the motion shall be treated as one for summary judgment and disposed of as provided in Rule 56, and all parties shall be given reasonable opportunity to present all material made pertinent to such a motion by Rule 56.").

So ordered.

ENTER:

/s/ David L. Martin
DAVID L. MARTIN
United States Magistrate Judge
May 14, 2007