UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SERGEY SADOVOI, | ) | |
| Petitioner | ) | |
| | ) | |
| v. | ) | C. A. NO. 07-101S |
| | ) | |
| BUREAU OF IMMIGRATION AND | ) | |
| CUSTOMS ENFORCEMENT | ) | |
| Respondent. | | |

**MOTION TO DISMISS**

Respondent Bureau of Immigration and Customs Enforcement files the instant Motion to Dismiss the case based on the fact that Petitioner Sergey Sadovoi's claims are moot. In support thereof, Respondent avers the following:

1. On March 21, 2007, Petitioner Sergey Sadovoi filed a letter with the Court which the Court construed as Sadovoi's habeas petition. Sadovoi's complaint stems from the United States Immigration and Customs Enforcement's (ICE) detention of him pending removal to Russia. Sadovoi contends that his removal to Russia is unlikely given the fact that ICE previously detained him in 2001 through 2003 for 21 months only to release him on bond when it ascertained that Russia would not take him back.

2. The ICE filed a response to the petition in which it argued that the petition should be dismissed because Sadovoi's detention had not extended beyond the six month presumptively reasonable period for removing him. See e.g. Zadvydas v. Davis, 533 U.S. 678 (2001).

3. On May 14, 2007, the Court issued an Order directing ICE to file a supplemental response to the petition and setting the case for a hearing on June 4, 2007. The Court's Order requested supplemental information from Respondent regarding the disposition of Sadovoi's recent criminal case in Massachusetts which led to his current detention by ICE and why, given Russia's previous refusal to issue travel documents for Sadovoi, it believed such documents were forthcoming.

4. In response to the Court's Order, the ICE undertook a review of Sadovoi's detention. As a result of that review, on May 22, 2007, Sadovoi was release from ICE custody pursuant to an order of supervision.

5. Accordingly, Sadovoi's claims in the instant case are moot and Respondent respectfully requests that the Court dismiss the petition.

Wherefore, based on the foregoing, Respondent respectfully requests that the Court dismiss the petition as moot.

Respectfully Submitted,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Dulce Donovan
DULCE DONOVAN
Assistant United States Attorney
Chief, Civil Division
Fleet Center
50 Kennedy Plaza, Eighth Floor
Providence, RI 02903
(401) 709-5000
(401) 709-5017 (fax)
Email: dulce.donovan@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of May, 2007, I electronically filed the within Motion to Dismiss with the Clerk of the United States District Court for the District of Rhode Island using the CM/ECF System. A copy has been forwarded by regular mail to:

Sergey Sadovoi
Wyatt Detention Facility
950 High Street
Central Falls, RI 02863

/s/ Dulce Donovan
DULCE DONOVAN
Assistant United States Attorney
Chief, Civil Division
Fleet Center
50 Kennedy Plaza, Eighth Floor
Providence, RI 02903
(401) 709-5000
(401) 709-5017 (fax)
Email: dulce.donovan@usdoj.gov