**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **SERGEY SADOVOI,** | ) | |
| **Petitioner** | ) | |
| | ) | |
| **v.** | ) | **C. A. NO. 07-101S** |
| | ) | |
| **BUREAU OF IMMIGRATION AND** | ) | |
| **CUSTOMS ENFORCEMENT** | ) | |
| **Respondent.** | | |

**SUPPLEMENTAL AFFIDAVIT**

Pursuant to the Court's May 14, 2007, Order, Respondent Bureau of Immigration and Customs Enforcement files the instant Supplemental Affidavit of Deportation Officer Linda Trinks.

Respectfully Submitted,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Dulce Donovan
DULCE DONOVAN
Assistant United States Attorney
Chief, Civil Division
Fleet Center
50 Kennedy Plaza, Eighth Floor
Providence, RI 02903
(401) 709-5000
(401) 709-5017 (fax)
Email: dulce.donovan@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on the 29th day of May, 2007, I electronically filed the within Supplemental Affidavit with the Clerk of the United States District Court for the District of Rhode Island using the CM/ECF System. A copy has been forwarded by regular mail to:

Sergey Sadovoi
c/o Nina Saikina
112 Allen Park Road
Springfield, MA 01118

/s/ Dulce Donovan
DULCE DONOVAN
Assistant United States Attorney
Chief, Civil Division
Fleet Center
50 Kennedy Plaza, Eighth Floor
Providence, RI 02903
(401) 709-5000
(401) 709-5017 (fax)
Email: dulce.donovan@usdoj.gov