**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **SERGEY SADAVOI,** | : | |
| | : | |
| **Petitioner** | : | **C.A. 07-101S** |
| | : | |
| **v.** | : | |
| | : | |
| **BUREAU OF IMMIGRATION AND CUSTOMS ENFORCEMENT,** | : | |
| | : | |
| **Respondent** | : | |

**DECLARATION**

Pursuant to 28 U.S.C. § 1746, I, Linda Trinks, do declare the following:

1. I am currently employed as a Deportation Officer for the Bureau of Immigration and Customs Enforcement (ICE).

2. On May 14, 2007, I was notified of an Order issued by the Court in the above-referenced matter in which the Court requested certain information concerning the Petitioner, Sergey Sadavoi.

3. On March 13, 2006, I received a telephone call from someone at the Springfield Massachusetts Court informing me that Sergey Sadavoi had been arrested for assault with a firearm with intent to rob and threaten murder. Mr. Sadavoi was to be arraigned and ICE lodged a detainer.

4. At the time of his arrest, Mr. Sadavoi was on release from ICE custody on an order of supervision pursuant to a $3,000 bond.

5. Mr. Sadavoi was held on the Massachusetts charge from his arrest on March 16, 2007, until February 21, 2007, pursuant to a $50,000 bond. Ultimately, the Massachusetts

charges of "assault with a firearm with intent to rob and threatened murder were "nolle prosse" and Mr. Sadavoi came into ICE custody on February 21, 2007.

6. Mr. Sadavoi had previously been in ICE custody in 2001 through 2003. At that time, ICE was unable to obtain travel documents from Russia and Mr. Sadavoi was released pursuant to the above-mentioned $3,000 bond.

7. After Mr. Sadavoi came into ICE custody on February 21, 2007, an initial request for travel documents from Russia was made on February 28, 2007. However, as of May 21, 2007, no travel documents had been issued. I am unaware of any subsequent new information or change in circumstances which would materially effect the issuance of travel documents by the Russian government.

8. On May 21, 2007, as part of Mr. Sadavoi's previously scheduled post-order custody review, I recommended that he be released from custody on an order of supervision pending travel documents.

9. On May 22, 2007, Mr. Sadavoi was released from ICE custody.

I declare under penalty of perjury that the foregoing is true and correct.

LINDA TRINKS
Deportation Officer
Department of Homeland Security
Bureau of Immigration and Customs Enforcement



05-29-2007 14:20 From- T-845 P.003/003 F-054