# *UNITED STATES DISTRICT COURT*
*for the*
*District of Rhode Island*

*Case No. CA 07-101S*

RECEIVED
U.S. MARSHALS SERVICE
MAY 15 2007
District of Rhode Island

*To:* *US ICE*
*SIEA AT SUFFOLK*

YOU ARE HEREBY COMMANDED, to have the **body** of **SERGEY SADOVOI**, by you restrained of **his** liberty, as it is said, by whatsoever means detained, together with the day and cause of **his** being detained, before the Honorable **David L. Martin**, Magistrate Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at **10:00 o'clock a.m.**, on the 7th day of **June, 2007**, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

Please Transport and Produce

Return unexecuted, court appearance cancelled.

Deputy U.S. Marshal

WITNESS the Honorable **David L. Martin**

United States Magistrate Judge at Providence, RI
Dated: May 15, 2007.

David A. DiMarzio, Clerk

*By* ______________________
*Martha Saucier - Deputy Clerk*

Motion Hearing