UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Sergey Sadovoi
Petitioner

v. CA:07-101S

Bureau of Immigration and
Customs Enforcement
Respondent

**ORDER**

The Report and Recommendation of United States Magistrate Judge David L. Martin filed on June 28, 2007 in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). No objection having been filed, Petitioner's Petition for Writ of Habeas Corpus is dismissed as MOOT, Defendant's First Motion to Dismiss is MOOT, and Defendant's Second Motion to Dismiss is GRANTED.

BY ORDER:

Kaylen Baldwell [signature]

DEPUTY CLERK

ENTER:

WSM [signature]

WILLIAM E. SMITH
U.S. DISTRICT JUDGE

DATE: 7/16/07