**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**JUDGMENT IN A CIVIL CASE**

**Sergey Sadovoi**
**Petitioner**
**V.**

**Case Number: C.A. NO. 07-101S**

**Bureau of Immigration and Customs Enforcement**
**Respondent**

**Jury Verdict.**

**X Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.**

**IT IS ORDERED AND ADJUDGED**

**Judgment shall enter for the Respondent, Bureau of Immigration and Customs Enforcement, against the Petitioner, Sergey Sadovoi pursuant to the Court's Order dated July 16, 2007, adopting the Magistrate's Report and Recommendation dated June 28, 2007, granting Respondent's second Motion to Dismiss, and denying as Moot Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.**

**July 16, 2007**
**Date**

Lorena Bardwell
**Deputy Clerk**